Date: 6/23/2014

FILED

**EXHIBIT A**

United States District Court
Middle District of Florida

2014 JUN 27 AM 10:56
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Christopher Donnelly;
<u>Plaintiff</u>

v.

Natalie Neidhart;
World Wrestling Entertainment a/k/a WWE;
<u>Defendant</u>

Case No. 8:14 CV 1586 T 33 TBM

<u>Restraining Order</u>
42 USC 1983  28 USC 1331

I, Chris Donnelly Inmate No. JK5048, seek a civil suit against WWE Diva Natalie Neidhart, she is an evil dominatrix who abused me mentally, physically and emotionally from 2005 to 2009. She aborted my soon to be child, beat me numerous times at hotels across the country, using obscenities such as "This is my Dungeon you little bitch." She was a Dominatrix towards me and always commanded me to perform oral sex on her; on demand, she even a multiple of times made me use my tongue as her toilet paper after she would defecate. This women is domineering and diabolical

N.P.

She even forced me to prostitute myself for her in Miami's "Little Haiti" neighborhood one day. Not to be so graphic but part of her sexual fetish that day was for me to charge $5 a blow job and not come back to the hotel until I had $500.00 for her and then she took the money told me to lay on the floor so she could use the bathroom and me being the toilet. I suffer from severe mental + phycological trauma and I seek relief and $250,000.00 in damages and compensation, if not I will go to higher courts and the media. Thank You, I greatly appreciate your assistance in this matter.

Respectfully Submitted,
Sincerely,

Christopher Donnelly
D.O.C. # JK5048
(JPAY.COM) SCI-BENNER
301 Institution Dr.
BELLEFONTE, PA 16823

Date: 6/23/14

[signature: Chris Donnelly]

CHRISTOPHER DONNELLY
D.O.C. # JK5098
301 INSTITUTION DR.
BELLEFONTE, PA 16823

United States District Court
Middle District of Florida
Office of the Clerk
United States Courthouse
Tampa, Florida 33602